UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

CYRIL ASHU,
    a/k/a "Akem Maleke,"
    a/k/a "Zabi Malik,"
    a/k/a "Bill Zambia Morgan,"
    a/k/a "Anibal Vasquez Roblero,"
    a/k/a "Baker Lee Walter,"
IFEANYI EKE,
    a/k/a "Luthur Mulbah Doley,"
JOSHUA IKEJIMBA,
    a/k/a "Johnson Ifeanyi Gbono,"
    a/k/a "Alfred Henshaw,"
    a/k/a "Peterson Kamara Lawson,"
    a/k/a "Ganiru Paul Thompson,"
CHINEDU IRONUAH,
    a/k/a "John Akuba Annan,"
    a/k/a "Kenneth Kwame Emerson,"
    a/k/a "Andrew Kamsi Mong,"
    a/k/a "Emmanuel Mong,"
    a/k/a "George Wallace,"
    a/k/a "George Weah,"
    a/k/a "Frederick Werner,"

          Defendants.

- - - - - - - - - - - - - - - - - x

SEALED INDICTMENT

19 Cr. ____

19 CRIM 318

H19-0829M

COUNT ONE
(Conspiracy to Commit Wire Fraud)

The Grand Jury charges:

Background

1. From at least in or about 2016 through at least in or about July 2018, CYRIL ASHU, a/k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," IFEANYI EKE, a/k/a "Luthur

Mulbah Doley," JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Ganiru Paul Thompson," and CHINEDU IRONUAH, a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendants, and others known and unknown, engaged in a fraudulent business email compromise ("BEC") scheme to deceive various victims, including an intergovernmental organization headquartered in New York, New York ("Victim-1," and collectively, the "Victims") into wiring payments to bank accounts controlled by the defendants and their co-conspirators, rather than to the intended beneficiaries of such payments.

2. In furtherance of the fraudulent BEC scheme, CYRIL ASHU, a/k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," IFEANYI EKE, a/k/a "Luthur Mulbah Doley," JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Ganiru Paul Thompson," and CHINEDU IRONUAH, a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendants, and their co-conspirators, among other things, requested and obtained fraudulent

identification documents in false names; registered and incorporated shell companies; and opened and caused to be opened bank accounts at various banks in the United States, including accounts in the names of the shell companies and accounts opened under false identities.

3. After the bank accounts were opened, CYRIL ASHU, a/k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," IFEANYI EKE, a/k/a "Luthur Mulbah Doley," JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Gahiru Paul Thompson," and CHINEDU IRONUAH, a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendants, and their co-conspirators participated in a fraudulent scheme whereby fraudulent spoofed emails were sent to the Victims that generally purported to be from individuals and companies with whom the Victims were in a business relationship, but, in truth and fact, were not sent or authorized by those individuals and companies. Instead, the fraudulent emails were sent from email accounts that were designed to create the false appearance that they were sent by individuals and companies with whom the Victims were in a business relationship. The fraudulent emails contained wiring

3

instructions that fraudulently directed that the Victims wire funds to bank accounts that were, in fact, controlled by the defendants and their co-conspirators.

4. The Victims were successfully tricked into wiring funds in accordance with the fraudulent wiring instructions. Several of the Victims' fraudulently induced wire transfers either originated from banks located in the Southern District of New York or were made through the use of correspondent bank accounts located in the Southern District of New York.

5. After the Victims wired the funds in accordance with the fraudulent wiring instructions, CYRIL ASHU, a/k/a a/k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," IFEANYI EKE, a/k/a "Luthur Mulbah Doley," JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Ganiru Paul Thompson," and CHINEDU IRONUAH, a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendants, and others known and unknown, caused the transferred funds to be quickly transferred, withdrawn, and laundered from the accounts, including by withdrawing cash and writing cashier's checks that were commonly cashed by the

4

defendants and their co-conspirators at check cashing facilities in Houston, Texas.

6. Through the false and deceptive representations made over the course of the scheme, CYRIL ASHU, a/k/a a/k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," IFEANYI EKE, a/k/a "Luthur Mulbah Doley," JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Ganiru Paul Thompson," and CHINEDU IRONUAH, a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendants, and their co-conspirators caused the Victims to transfer a total of several million dollars in United States currency from the Victims' bank accounts to bank accounts controlled by the defendants and their co-conspirators.

## Statutory Allegations

7. From at least in or about 2016 through in or about July 2018, in the Southern District of New York and elsewhere, CYRIL ASHU, a/k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," IFEANYI EKE, a/k/a "Luthur Mulbah Doley," JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Ganiru Paul Thompson," and CHINEDU IRONUAH,

a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

8. It was a part and an object of the conspiracy that CYRIL ASHU, a/k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," IFEANYI EKE, a/k/a "Luthur Mulbah Doley," JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Ganiru Paul Thompson," and CHINEDU IRONUAH, a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendants, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, the defendants and co-

conspirators not named herein perpetrated a scheme using fraudulent emails to deceive victims into wiring funds intended for third parties to bank accounts controlled by the defendants and other co-conspirators, and, in connection therewith and in furtherance thereof, the defendants transmitted and caused to be transmitted interstate and foreign wire transfers of funds from and through the Southern District of New York.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
### (Wire Fraud)

The Grand Jury further charges:

9. The allegations contained in paragraphs 1 through 6 of this Indictment are repeated and realleged as if fully set forth herein.

### Fraudulent Scheme Involving IFEANYI EKE's 0131 Account

10. On or about October 28, 2016, IFEANYI EKE, a/k/a "Luthur Mulbah Doley," the defendant, opened a bank account ending in 0131 (the "0131 Account") in Marietta, Georgia. After EKE opened the 0131 Account, Victim-1, as well as two foreign-based victim companies ("Victim-2" and "Victim-3"), were deceived into sending funds to the 0131 Account.

11. On or about February 15, 2017, Victim-2, a foreign-based healthcare company, wired approximately $41,495 to the 0131 Account. Victim-2's wire transfer was made through the use

of a correspondent bank account located in the Southern District of New York. On or about February 16, 2017, after receiving Victim-2's wire transfer, IFEANYI EKE, a/k/a "Luthur Mulbah Doley," the defendant, used the fraud proceeds to, among other things, purchase two cashier's checks totaling approximately $25,000 payable to CYRIL ASHU, /k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," the defendant. ASHU cashed one of the cashier's checks the next day.

12. On or about February 27, 2017, Victim-1, an intergovernmental organization based in New York, New York, wired approximately $188,815 to the 0131 Account. Victim-1's wire transfer originated from a bank account located in the Southern District of New York. On or about March 1, 2017, IFEANYI EKE, a/k/a "Luthur Mulbah Doley," the defendant, transferred approximately $100,000 from the 0131 Account to another bank account in EKE's name. On or about March 2, 2017, EKE used the fraud proceeds to, among other things, purchase a cashier's check in the approximate amount of $68,000 payable to a company called "Curesos Innovation" ("Curesos Check-1").

13. On or about March 2, 2017, Victim-3, a foreign-based manufacturing company, wired approximately $123,895 to the 0131 Account. Between on or about March 2, 2017 and March 4, 2017, IFEANYI EKE, a/k/a "Luthur Mulbah Doley," the defendant, used

8

the fraud proceeds to, among other things, purchase (i) a cashier's check in the approximate amount of $48,000 payable to "Curesos Innovation" ("Curesos Check-2"), (ii) a cashier's check in the approximate amount of $68,000 payable to a company called "Yiwu Offshore Limited" ("Yiwu Check-1"), and (iii) a cashier's check in the approximate amount of $96,000 payable to "Yiwu Offshore Limited" ("Yiwu Check-2").

14. On or about March 3, 2017, CHINEDU IRONUAH, a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendant, cashed Curesos Check-1 and Curesos Check-2 at a check cashing facility in Houston, Texas (the "Texas Check Cashing Facility"), receiving approximately $114,840 in cash.

15. On or about March 6, 2017, JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Ganiru Paul Thompson," the defendant, cashed Yiwu Check-1 and Yiwu Check-2 at the Texas Check Cashing Facility, receiving approximately $162,360 in cash.

### Statutory Allegations

16. From at least in or about October 2016, up to and including at least in or about March 2017, in the Southern District of New York and elsewhere, CYRIL ASHU, /k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a

9

"Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," IFEANYI EKE, a/k/a "Luthur Mulbah Doley," JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Ganiru Paul Thompson," and CHINEDU IRONUAH, a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendants, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and attempting to do so, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, and did aid and abet the same, to wit, the defendants perpetrated and aided and abetted a fraudulent scheme to deceive victims into wiring funds intended for third parties to the 0131 Account controlled by EKE, and, in connection therewith and in furtherance thereof, the defendants transmitted and caused to be transmitted interstate and foreign wire transfers of funds from and through the Southern District of New York.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT THREE
### (Aggravated Identity Theft)

The Grand Jury further charges:

17. The allegations contained in paragraphs 1 through 6 and 10 through 15 of this Indictment are repeated and realleged as if fully set forth herein.

18. From at least on or about October 25, 2017, up to and including at least in or about December 2017, in the Southern District of New York and elsewhere, CYRIL ASHU, /k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Section 1028A(c), to wit, ASHU used the name and personal identifying information of an individual to, among other things, open a bank account ending in 7622 (in the "7622 Account"), receive approximately $12,366 in fraud proceeds into the 7622 Account, and withdraw funds from the 7622 Account during and in relation to the wire fraud offense charged in Count One of this Indictment.

(Title 18, United States Code,
Sections 1028A(a)(1), (b) and 2.)

11

## FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

19. As a result of committing the offenses alleged in Counts One and Two of this Indictment, CYRIL ASHU, /k/a "Akem Maleke," a/k/a "Zabi Malik," a/k/a "Bill Zambia Morgan," a/k/a "Anibal Vasquez Roblero," a/k/a "Baker Lee Walter," IFEANYI EKE, a/k/a "Luthur Mulbah Doley," JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson," a/k/a "Ganiru Paul Thompson," and CHINEDU IRONUAH, a/k/a "John Akuba Annan," a/k/a "Kenneth Kwame Emerson," a/k/a "Andrew Kamsi Mong," a/k/a "Emmanuel Mong," a/k/a "George Wallace," a/k/a "George Weah," a/k/a "Frederick Werner," the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

20. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CYRIL ASHU et al.,

Defendants.

### SEALED INDICTMENT

19 Cr. _____

(18 U.S.C. §§ 1028A, 1343, 1349 & 2)

GEOFFREY S. BERMAN
United States Attorney.

TRUE BILL

_____
FOREPERSON

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Olga Zverovich (212) 637-2514

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| JOSHUA IKEJIMBA, a/k/a "Johnson Ifeanyi Gbono," a/k/a "Alfred Henshaw," a/k/a "Peterson Kamara Lawson, a/k/a "Ganiru Paul Thompson" | ) ) ) ) | **19 CRIM 318** |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __JOSHUA IKEJIMBA__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud
18 U.S.C. §§ 1343, 2 - Wire Fraud

Date: __04/30/2019__

S/Kevin Nathaniel Fox
*Issuing officer's signature*

Kevin Nathaniel Fox, United States Magistrate Judge
*Printed name and title*

City and state: __New York, New York__

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*